Sara S. Berg, Esq.
Daniel Auerbach, Esq.
Browning, Kaleczyc, Berry and Hoven, P.C.
800 North Last Chance Gulch, Suite 101
Helena, MT  59601-3351
Telephone:  406-443-6820
Fax:  406-443-6882
E-Mail:  sara@bkbh.com
         daniel@bkbh.com

*Local Montana Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

JIM WILLIAM GLANZ,                                CASE NO.
      Plaintiff,

  vs.

TRANSUNION LLC,
      Defendant.
_____

### TRANS UNION, LLC'S NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Justice Court Of Lake County, State Of Montana, to the United States District Court for the District of Montana, Missoula Division, on the following grounds:

1.      Plaintiff, Jim William Glanz, served Trans Union on or about June 4, 2018 with a Summons and Complaint filed in the Justice Court Of Lake County, State Of Montana.  Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.      Plaintiff is a "consumer" and Trans Union is a "consumer reporting agency" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  Plaintiff alleges that he "found many discrepancies on his credit bureau reports as issued by Trans Union," that "Plaintiff challenged the information on the credit report from Trans Union" and finally that "[t]here were no changes to Plaintiff's TransUnion [sic] credit bureau report." See Complaint at p. 2 (unnumbered) ¶¶ 9-10.  These claims and allegations clearly implicate the FCRA.  See FCRA §§ 1681e(b) and 1681i.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Justice Court Of Lake County, State Of Montana to the United States District Court for the District of Montana, Missoula Division.

5. Notice of this removal has been or will promptly be filed with the Justice Court Of Lake County, State Of Montana, and served upon all parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Justice Court OF Lake County, State Of Montana, to this United States District Court, District of Montana, Missoula Division.

Dated this 22nd day of June, 2018

    Respectfully submitted,

    By: */s/ Daniel J. Auerbach*
        Daniel J. Auerbach

    *Local Montana Counsel for Defendant*
    *Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 22nd day of June, 2018, a true copy of the foregoing Notice of Removal was served on the following parties by the following means:

\_\_\_\_ CE/ECF
\_\_\_\_ Hand Delivery
__1__ U.S. Mail
\_\_\_\_ Overnight Delivery Service
\_\_\_\_ Fax
\_\_\_\_ E-Mail

1. **Pro Se Plaintiff**
   Jim William Glanz
   32885 Fox Lane
   Polson, MT  59860

   */s/ Daniel J. Auerbach*
   BROWNING, KALECZYC, BERRY & HOVEN, P.C.