# EXHIBIT A
# SUMMONS TO TRANS UNION, LLC

Jim William Glanz
Plaintiff
32885 Fox Lane
Polson, MT 59860
(406) 250-6398
Appearing Pro Se

IN THE JUSTICE COURT OF LAKE COUNTY, STATE OF MONTANA
BEFORE RANDAL OWENS, JUSTICE OF THE PEACE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Jim William Glanz, ) | Case Number CV-18-215-OT |
|     Plaintiff/Petitioner, ) | |
| ) | |
| vs. ) | SUMMONS |
| ) | |
| TransUnion LLC, ) | COPY |
|     Defendant/Respondent. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED RESPONDENT:**

**YOU, THE RESPONDENT, ARE HEREBY SUMMONED** to answer the Petition in this action which is filed in the office of the above-named Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon Petitioner within 21 days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Petition.

GIVEN under my hand this 31st day of May, 2018 at the hour of One-Eleven o'clock, p .m.

/S/ RANDAL L OWENS
CLERK OF COURT

By: _cguth_