Sara S. Berg, Esq.
Daniel Auerbach, Esq.
Browning, Kaleczyc, Berry and Hoven, P.C.
800 North Last Chance Gulch, Suite 101
Helena, MT  59601-3351
Telephone:  406-443-6820
Fax:  406-443-6882
E-Mail:  sara@bkbh.com
          dan@bkbh.com

*Local Montana Counsel for Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

_____

| | |
|---|---|
| JIM WILLIAM GLANZ, | CASE NO. 9:18-cv-00117-DLC-JCL |
|     Plaintiff, | |
| vs. | |
| | Judge Dana L. Christensen |
| TRANSUNION LLC, | Magistrate Judge Jeremiah C. Lynch |
|     Defendant. | |

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC
_____

Plaintiff Jim William Glanz ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                        Respectfully submitted,

Date:  August 17, 2018                *JimWilliam Glanz*
                                        Jim William Glanz
                                        32885 Fox Lane
                                        Polson, MT  59860

                                        *Pro Se Plaintiff*

Date:  August 20, 2018                /s/ *Daniel J. Auerbach*
                                        Sara S. Berg, Esq.
                                        Daniel Auerbach, Esq.

                                        *Local Montana Counsel for*
                                        *Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 20th day of August, 2018, a true copy of the foregoing Stipulation of Dismissal with Prejudice was served on the following parties by the following means:

\_\_\_\_  CE/ECF
\_\_\_\_  Hand Delivery
\_1\_\_  U.S. Mail
\_\_\_\_  Overnight Delivery Service
\_\_\_\_  Fax
\_1\_\_  E-Mail

1. **Pro Se Plaintiff**_____
   Jim William Glanz
   32885 Fox Lane
   Polson, MT  59860
   earthmatters@yahoo.com

       */s/ Daniel J. Auerbach*
       BROWNING, KALECZYC, BERRY & HOVEN P.C.