IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| JIM WILLIAM GLANZ,<br><br>        Plaintiff,<br><br>vs.<br><br>TRANUNION LLC,<br><br>        Defendant. | CV 18–117–M–DLC–JCL<br><br>ORDER |

The Parties having filed a Stipulation of Dismissal with Prejudice (Doc. 9),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED this 23rd day of August, 2018.

                                      Dana L. Christensen, Chief Judge
                                      United States District Court